**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| JARVIS DUGAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-48 |
| | § | |
| JUAN QUINTERO, *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

The Court is in receipt of the following motions filed by Plaintiff Jarvis Dugas ("Dugas"): 1) Motion in Question of Plaintiff Defendant Pfannstiel Claims, Dkt. No. 115; 2) Objection Motion to Add Moot [Evidence], Dkt. No. 116; 3) Objection Motion to Dismissal with Prejudice, Dkt. No. 118; and 4) Objection Motions on Mootness, Dkt. No. 121. The Court is also in receipt of the Magistrate Judge's May 3, 2019 Report and Recommendation ("M&R"), Dkt. No. 128, and Dugas' objections to the M&R, Dkt. Nos. 140, 141, 142, 145, 146, 147, 150, 151, 155, 156 and 158.[1]

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 128.[2] Accordingly, the Court **DENIES** Dugas' construed motions to alter or amend judgment under Rule 59(e), Dkt. Nos. 115, 116, 118 and 121.

SIGNED this 28th day of August 2019.

_____
Hilda Tagle
Senior United States District Judge

---

[1] Dugas filed his numerous objections as motions which the Magistrate Judge ordered to be construed as objections to the May 3, 2019 M&R. *See* Dkt. Nos. 144, 152 and 160.

[2] The Court declines to adopt the following statement from the M&R: "Before reaching these conclusions, the Court recognized Dugas's many objections and credited some of his arguments as to another defendant, but did not mention any specific objections Dugas made regarding Echavarry and Pfannstiel." Dkt. No. 128 at 4.