# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

JARVIS DUGAS,                           §
                                        §
          Plaintiff,                    §
VS.                                     §     CIVIL NO. 2:17-CV-48
                                        §
JUAN QUINTERO, *et al*,                 §
                                        §
          Defendants.                   §

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 177. The Court is in receipt of Plaintiff Jarvis Dugas ("Dugas") Objections to the M&R, Dkt. Nos. 180, 185, 186, 190, 191, 194.

The M&R recommends granting Sergeant Quintero's ("Quintero") and PA Echavarry's ("Echavarry") motions for summary judgment. Dkt. No. 177 at 20; *see* Dkt. Nos. 123, 125. It also recommends denying Dugas's motion for summary judgment. Dkt No. 177 at 21; see Dkt. Nos. 117.

The Court reviews objected-to portions of a Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). But if the objections are frivolous, conclusive or general in nature the court need not conduct a de novo review. *Battle v. United States Parole Comm'n*, 834 F.2d 419 (5th Cir. 1987). All of Dugas's objections are either frivolous, general, improper or already addressed by the Magistrate Judge's M&R. *See id*; Dkt. Nos. 180, 185, 186, 190, 191, 194.

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 177, and **OVERRULES** Plaintiff's objections, Dkt. Nos. 180, 185, 186, 190, 191, 194. The Court hereby:

- **GRANTS** Quintero's Motion for Summary Judgment, Dkt. No. 123, and **DISMISSES** with prejudice Dugas's deliberate indifference claim against Quintero for denying him certain health medications.

- **GRANTS** Echavarry's Motion for Summary Judgment, Dkt. No. 125, and **DISMISSES** with prejudice Dugas's deliberate indifference claim against Echavarry regarding a denial of medical transfer to the Hodge Unit.
- **DENIES** Dugas's Motion for Summary Judgment, Dkt. No. 117.

SIGNED this 19th day of February, 2020.

Hilda Tagle
Senior United States District Judge