United States District Court
Southern District of Texas
**ENTERED**
February 11, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JARVIS DUGAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-48 |
| § | |
| JUAN QUINTERO, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 201, to Deny Plaintiff's Motion for Reconsideration. Dkt. No. 199. No objections have been filed to the M&R.

The Magistrate Judge recommends denying Plaintiff Jarvis Dugas's ("Dugas") motion to reconsider this Court's adoption of the May 3, 2019 M&R. In adopting the May 3, 2019 M&R the Court denied motions to alter or amend the Court's dismissal of deliberate indifference claims. Dkt. No. 201; *see* Dkt. No. 114. The Magistrate Judge states that Dugas has not made any showing of legal error as would be required to set aside the previous order.

After reviewing the record and relevant law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 201, and **DENIES** Dugas's motion for reconsideration, Dkt. No. 199.

SIGNED this 11th day of February, 2021.

_____
Hilda Tagle
Senior United States District Judge