UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



United States Courts
Southern District of Texas
FILED
AUG 03 2022
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| JARVIS DUGAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-48 |
| | § | |
| JUAN QUINTERO, | § | |
| | § | |
| Defendant. | § | |

### VERDICT

**Question No. 1.**

Under the Eighth Amendment, do you find by a preponderance of the evidence that Defendant used force against Plaintiff maliciously or sadistically for the purpose of harming Plaintiff?

Answer "Yes" or "No":

Answer: _NO_

If you answered "Yes," the please proceed to the next question. If you answered "No," then do not answer any further questions. Sign and date the verdict form where indicated and give it to the court security officer.

*Crystal Rae Downs*       8/3/22

                          8/3/2022

**Question No. 2**

Do you find that Plaintiff suffered some harm as a result of Defendant's use of force?

Answer "Yes" or "No":

    Answer: _____

If you answered "No" to Question No. 2, then do not answer any further questions. Sign and date the verdict form where indicated and give it to the court security officer. If you answered "Yes" to Question No. 2, then answer Question No. 3.

**Question No. 3**

Do you find from a preponderance of the evidence that Defendant is entitled to qualified immunity; specifically, do you find that Defendant's actions were objectively reasonable in light of the facts and circumstances confronting him at the time, without regard to his underlying subjective intents or motivations?

Answer "Yes" or "No":

Answer: _____

If you answered "No," then answer Question No. 4.  If you answered "Yes," then do not answer any further questions.  Sign and date the verdict form where indicated and give it to the court security officer.

## Question No. 4

What amount of money, if any, paid now in cash, would fairly and reasonably compensate Plaintiff for the violation of his constitutional rights that you have found?

Answer in dollars and cents, if any:

Answer: $_____

Please proceed to the next question.

## Question No. 5

Do you find that Plaintiff proved, by a preponderance of the evidence, that Defendant acted with such malice or reckless indifference to the health or safety of Plaintiff that Defendant should be punished by an award of punitive damages against him?

Answer "Yes" or "No":

Answer: _____

If you answered "Yes," then answer Question No. 6. If you answered "No," then do not answer any further questions. Sign and date the verdict form where indicated and give it to the court security officer.

## Question No. 6

What amount of money, if any, paid now in cash, has Plaintiff established by a preponderance of the evidence to be an appropriate amount for punitive damages?

Answer in dollars and cents, if any:

Answer: $_____

**Please sign and date the verdict form and give it to the court security officer.**

DATED: 8/3/2022

_____
FOREPERSON OF THE JURY